| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| DISTRICT OF NEVADA | | |
| Case number *(if known)* | Chapter | 11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Aruze Gaming America, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 88-0199397 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>6900 S. Decatur Blvd., Ste. 100<br>Las Vegas, NV 89118<br>Number, Street, City, State & ZIP Code<br><br>Clark<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | https://aruzegaming.com/ | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor  Aruze Gaming America, Inc.                                              Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Debtor  Aruze Gaming America, Inc.                                                    Case number (*if known*)
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | |
| District | When |
| Relationship | |
| Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  Aruze Gaming America, Inc.                                     Case number (*if known*)
        Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Aruze Gaming America, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 1, 2023
             MM / DD / YYYY

X  /s/ Yugo Kinoshita                                        Yugo Kinoshita
   Signature of authorized representative of debtor          Printed name

   Title  Chief Executive Officer


**18. Signature of attorney**

X  /s/ Matthew C. Zirzow                                     Date  February 1, 2023
   Signature of attorney for debtor                                MM / DD / YYYY

   Matthew C. Zirzow 7222
   Printed name

   Larson & Zirzow, LLC
   Firm name

   850 E. Bonneville Ave.
   Las Vegas, NV 89101
   Number, Street, City, State & ZIP Code

   Contact phone  702-382-1170        Email address  mzirzow@lzlawnv.com

   7222 NV
   Bar number and State

| ARUZE GAMING AMERICA, INC. | アルゼ・ゲーミング・アメリカ・インク |
|---|---|
| UNANIMOUS CONSENT OF THE BOARD DIRECTORS | 取締役の全会一致の同意 |
| IN LIEU OF MEETING | 会議に代わるものとして |
| Effective as of January 28 2023    (USA time) | 効力発生の日　2023年1月28日米国時間 |
| The undersigned, constituting the members of the board of directors (the "Board") of Aruze Gaming America, Inc., a Nevada corporation (the "Company"), acting pursuant to NRS 78.315(2) and the Company's Bylaws, hereby take the following actions and adopt and approve the following resolutions by Board consent as of the date first set forth above: | NRS 78.315(2) および会社の細則に従って行動する、ネバダ州法人である Aruze Gaming America, Inc. (「会社」) の取締役会 (「取締役会」) のメンバーを構成する署名者は、ここに、上記の日付の時点で、取締役会の同意により、次の決議を採択し、承認します。 |
| **RESOLVED** that in the business judgment of the Board, after due consideration and discussion under the circumstances, and in order to avoid immediate and irreparable harm to the company and creditors as a whole given the significant danger presented to the company with respect to an imminent judgment execution of $27,365,120 by Bartlit Beck LLP, among other factors, and upon the advice of insolvency counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings. | 取締役会のビジネス上の判断において、現在の状況下における十分な検討と議論の後、他の要因の中でも、差し迫った$27,365,120の債務に対する、Bartlit Beck LLP の執行を許可する裁判命令に関連して、会社にもたらされる重大な危険を考慮し、会社と債権者全体への即時かつ回復不能な損害を回避するため、破産弁護士の助言に基づいて、米国のコード (「破産コード」) 、チャプター11の第11章に基づいて救済のための自発的な請願書を提出することが望ましく、会社とその債権者およびその他の利害関係者の最善の利益のために、そのような提出はここに承認され、会社は破産手続きを開始するものと取締役の全会一致の同意とします。 |
| **RESOLVED** that Yugo Kinoshita, as Director and Treasurer of the Company (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition and amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine. | 会社の取締役,財務担当者としての木下雄吾氏 (「権限を与えられた人物」) は、会社の名において、会社を代表して、破産申請およびその修正を連邦破産法チャプター11に基づいて実行および検証する権限を与えられ、指示されるものとすることを決議した。破産法を執行し、これを執行する権限のある人物が決定する時点で、ネバダ地区連邦破産裁判所に同法を提出させることを決議した。 |
| **RESOLVED** that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible | 権限を与えられた人物は、Fed R.Bankr. P. 9001(5) (「責任者」)に従って会社の連邦破産法チャプター11の責任者として指定されることを決定しました。かかる破産に関連し |

| | |
|---|---|
| Person") and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case. | て、会社を代表しすべての破産手続きに出頭し、その他の方法ですべての行為を実行し、必要なすべての文書を作成および提出する権限を与えられるよう指示されています。 |
| **RESOLVED** that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case as general reorganization counsel, subject to any requisite bankruptcy court approval. | LARSON & ZIRZOW, LLC 法律事務所が、必要な破産裁判所の承認を得ることを条件として、連邦破産法チャプター 11 のケースで一般的な再建弁護士として、当社の弁護士としての関与を継続することを決定しました。 |
| **RESOLVED** that the Responsible Person, and such other persons as they shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all motions, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the chapter 11 case. The Responsible Person shall keep the Board reasonably advised of the progress of the reorganization, and shall review and consult with the Board as necessary and appropriate on a continual basis throughout the case. | 責任者および、責任者が随時指定するその他の人物、およびそのような人物によって指定または指示される従業員または代理人 (弁護士を含む) は、権限を与えられ、指示されることを決議し、会社の名において、会社を代表して、連邦破産法チャプター11 に関連した、すべての動議、申請書、嘆願書、およびその他の書類を実行および提出し、彼または彼女が必要、適切、または望ましいと見なすすべての行為および行為を実行します。責任者は、再生の進捗状況について取締役会に合理的な助言を提供し続け、必要かつ適切な場合は、全ての再生を通じて継続的に取締役会と検討し、協議するものとします。 |
| **RESOLVED** that the Responsible Person, and such other persons as he shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the Company. | 連邦破産法チャプター 11 による 会社の再生を成功させるために、責任者、および責任者が随時指定するその他の人物、およびそのような人物によって指定または指示される従業員または代理人 (弁護士を含む) は、権限を与えられ、指示されることを決議し、当社の名において、当社に代わって、かかる契約、文書、動議、宣誓供述書、宣言、申請書、証明書、またはその他の文書を締結、実行、認証、ファイルおよび/または記録、および実行するよう当社にさせるため、必要であり、適切であり、望ましいと判断した者の判断によるその他の行動をとります。 |
| **RESOLVED** that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in | 本書面にある前述の決議の一部またはすべてを促進するために、会社の責任者が会社の名前で会社を代表してこれまでに行ったすべて |

2

| | |
|---|---|
| furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved. | の過去の行動は、ここに批准、確認、および承認されることを決議しました。 |
| **IN WITNESS WHEREOF**, the undersigned have executed this unanimous written consent to be effective as of the date first written above. | 以上の証として、署名者は、上記の最初の日付の時点で有効であるという全会一致の書面による同意を実行しました。 |
| | |
| *[signature]* <br> Masumi Fujisawa    JAN-29 | |
| | |
| Hiromi Okada | |
| | |
| Yugo Kinoshita | |
| | |
| | |

3

| | |
|---|---|
| furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved. | の過去の行動は、ここに批准、確認、および承認されることを決議しました。 |
| **IN WITNESS WHEREOF**, the undersigned have executed this unanimous written consent to be effective as of the date first written above. | 以上の証として、署名者は、上記の最初の日付の時点で有効であるという全会一致の書面による同意を実行しました。 |
| | |
| Masumi Fujisawa | |
| | |
| Hiromi Okada | |
| *[signature: HIROMI OKADA]* | |
| Yugo Kinoshita | |
| | |
| | |

3

| | |
|---|---|
| furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved. | の過去の行動は、ここに批准、確認、および承認されることを決議しました。 |
| **IN WITNESS WHEREOF**, the undersigned have executed this unanimous written consent to be effective as of the date first written above. | 以上の証として、署名者は、上記の最初の日付の時点で有効であるという全会一致の書面による同意を実行しました。 |
| Masumi Fujisawa | |
| Hiromi Okada | |
| *[signature]* 31/1/2023<br>Yugo Kinoshita | |
| | |

3

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Aruze Gaming America, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 1, 2023         **X** /s/ Yugo Kinoshita
                                        Signature of individual signing on behalf of debtor

                                        Yugo Kinoshita
                                        Printed name

                                        Chief Executive Officer
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Aruze Gaming America, Inc.
United States Bankruptcy Court for the: DISTRICT OF NEVADA
Case number (if known):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bartlit Beck LLP c/o Kemp Jones LLP Attn: J. Randall Jones, Esq. 3800 Howard Hughes Parkway, 17th Flr. Las Vegas, NV 89169 | | Judgment in the favor of Bartlit Beck LLC | Contingent Unliquidated Disputed | | | $27,365,120.00 |
| PDS Gaming - Nevada, Inc. Attn: Peter Cleary, COO 871 Grier Drive, Ste. B1 Las Vegas, NV 89119 | | Machines and equipment purchased | | $1,600,171.17 | $0.00 | $1,600,171.17 |
| Gaming Laboratories International Attn: Managing Member PO Box 783151 Philadelphia, PA 19178-3151 | | | | | | $946,922.05 |
| Holland & Hart, LLP Attn: Managing Member 555 17th Street, Ste. 3200 Denver, CO 80202 | | Services | | | | $685,560.72 |
| Klarquist Sparkman, LLP Attn: Managing Member 121 SW Salmon St., Ste. 1600 Portland, OR 97204 | | Services | | | | $392,020.69 |

| Debtor | Aruze Gaming America, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aon Risk Insurance Services West, Inc.<br>Attn: Managing Member<br>P.O. Box 849832<br>Los Angeles, CA 90084 | | Insurance | | | | $313,246.47 |
| Ingenuity Gaming Software Limited<br>Attn: Managing Member<br>2nd Flr., St. Mary's Court<br>20 Hill Street,<br>Douglas<br>IM1 IEU  Isle of Man | | iGaming | | | | $215,400.00 |
| RSM US LLP<br>Attn: Managing Member<br>10845 Griffith Peak Dr., Ste. 450<br>Las Vegas, NV 89135 | | Services | | | | $202,106.66 |
| Beltway Business Park Warehouse No.9, LL<br>c/o Majestic Beltway Whse Buildings II<br>Attn: Rodman Martin, Resident Agent<br>4050 W. Sunset Rd., Ste. H<br>Las Vegas, NV 89118 | | Rent | | | | $103,309.93 |
| TransAct Technologies Incorporated<br>Attn: Managing Member<br>6700 Paradise Rd.<br>Las Vegas, NV 89119 | | Inventory - Parts | | | | $84,200.00 |
| EIP US LLP<br>Attn: Managing Member<br>DTC Quadrant / Penthouse 4<br>Greenwood Village, CO 80111 | | Services | | | | $78,824.09 |
| JCM American Corporation<br>Attn: Managing Member<br>P.O. Box 511600<br>Los Angeles, CA 90051-8155 | | Inventory - Parts | | | | $75,266.52 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor  Aruze Gaming America, Inc.  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PDS Gaming Corporation<br>Attn: Managing Member<br>871 Grier Dr., Ste. B1<br>Las Vegas, NV 89119 | | Inventory - FG Machines | | | | $55,777.58 |
| Epiq Systems Godo Kaisha<br>Attn: Managing Member<br>11-5 NIbancho, 5th Floor<br>Tokyo | | Services | | | | $54,867.61 |
| Continent 8 LLC<br>Attn: Managing Member<br>4900 N. Ocean Blvd., Ste. 319<br>Lauderdale by the Sea, FL 33308-2937 | | iGaming | | | | $43,623.96 |
| Ayano Hara Nishimura<br>Attn: Managing Member<br>98-351 Koauka Loop, C-603 | | Services | | | | $37,219.19 |
| Veritext LLC<br>Attn: Managing Member<br>260 W. Mt. Pleasant Ave.<br>Livingston, NJ 07039 | | Services | | | | $36,832.08 |
| Derse, Inc.<br>Attn: Managing Member<br>3800 West Canal Street<br>Milwaukee, WI 53208 | | Rent | | | | $34,256.94 |
| Sugimura & Partners/Koji<br>Attn: Managing Member<br>Primary Common Gate W. Tower 36th Flr<br>Kaskumigaseki 3-2-1<br>Chiyda-ku, Tokyo 100-0013 | | Services | | | | $33,492.00 |

Debtor  Aruze Gaming America, Inc.  
       Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Katz & Katz, LLC<br>Attn: Brian Katz, Resident Agent<br>9237 White Tail Dr.<br>Las Vegas, NV 89134 | | Rent | | | | $30,849.32 |

# United States Bankruptcy Court
## District of Nevada

In re: Aruze Gaming America, Inc.
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: February 1, 2023

/s/ Yugo Kinoshita
Yugo Kinoshita/Chief Executive Officer
Signer/Title

| | | |
|---|---|---|
| Aruze Gaming America, Inc.<br>6900 S. Decatur Blvd., Ste. 100<br>Las Vegas, NV 89118 | Internal Revenue Service<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Pkwy<br>P.O. Box 551220<br>Las Vegas, NV 89155 |
| Clark County Assessor<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Pkwy<br>Box 551401<br>Las Vegas, NV 89155 | Dept. of Empl, Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713 | Nevada Dept. of Taxation<br>Bankruptcy Section<br>555 E. Washington Avenue #1300<br>Las Vegas, NV 89101 |
| Social Security Administration<br>Office of the Regional Chief Counsel<br>Region IX<br>160 Spear Street, Ste. 800<br>San Francisco, CA 94105-1545 | AML Auto & Truck SVC LLC<br>Attn: Managing Member<br>4445 W Reno Avenue<br>Las Vegas, NV 89118 | Aon Risk Insurance Services West, In<br>Attn: Managing Member<br>P.O. Box 849832<br>Los Angeles, CA 90084 |
| Ayano Hara Nishimura<br>Attn: Managing Member<br>98-351 Koauka Loop, C-603 | Bartlit Beck LLP<br>c/o Kemp Jones LLP<br>Attn: J. Randall Jones, Esq.<br>3800 Howard Hughes Parkway, 17th Flr.<br>Las Vegas, NV 89169 | Beltway Business Park Warehouse N<br>c/o Majestic Beltway Whse Buildings II<br>Attn: Rodman Martin, Resident Agen<br>4050 W. Sunset Rd., Ste. H<br>Las Vegas, NV 89118 |
| Beltway Business Park Warehouse No.9, L<br>c/o Majestic Beltway Whse Buildings II<br>Attn: Rodman Martin, Resident Agent<br>4050 W. Sunset Rd., Ste. H<br>Las Vegas, NV 89118 | BKM Fund II REIT, LLC<br>Attn: Managing Member<br>1701 Quail Street, Suite 100<br>Los Angeles, CA 92660 | Brownstein Hyatt Farber Schreck, L<br>Attn: Managing Member<br>Attn: Mainaging Director<br>410 Seventeenth Street<br>Denver, CO 80202-4432 |
| Casino Connection International LLC<br>Attn: Managing Member<br>1000 Nevada Way<br>Boulder City, NV 89005 | CDC Gaming Reports Inc.<br>Attn: Managing Member<br>13825 Lakewood Heights Blvd<br>Cleveland, OH 44107 | Cintas Corportion<br>Attn: Managing Member<br>P.O. BOX 29059<br>Phoenix, AZ 85043 |
| Continent 8 LLC<br>Attn: Managing Member<br>4900 N. Ocean Blvd., Ste. 319<br>Lauderdale by the Sea, FL 33308-2937 | Cooper Levenson Attorneys at Law<br>Attn: Managing Member<br>1125 Atlantic Ave<br>Atlantic City, NJ 08401 | Corporation Service Company<br>Attn: Managing Member<br>PO BOX 7410023<br>Chicago, IL 60674 |
| Credit Management Association<br>Attn: Managing Member<br>111 North Maryland Ave., Suite 300<br>Glendale, CA 91206 | Derse, Inc.<br>Attn: Managing Member<br>3800 West Canal Street<br>Milwaukee, WI 53208 | DHL Express USA Inc.<br>Attn: Managing Member<br>16592 Collections Center Dr.<br>Pasadena, IL 60693 |
| EIP US LLP<br>Attn: Managing Member<br>DTC Quadrant / Penthouse 4<br>Greenwood Village, CO 80111 | Enterprise Rent-A-Car<br>Attn: Managing Member<br>PO Box 840173<br>Kansas City, MO 64184-0173 | Epiq Systems Godo Kaisha<br>Attn: Managing Member<br>11-5 NIbancho, 5th Floor<br>Tokyo |
| FedEx Express Corporation<br>P.O. Box 7221 | FedEx Freight<br>Attn: Managing Member<br>Dept LA P.O. Box 21415<br>Pasadena, CA 91185-1415 | Fincore Limited<br>Attn: Managing Member<br>47 Mark Lane<br>London EC3R 7QQ |

First Savings Bank
Attn: Morgan Larson, President/CEO
201 N. 3rd Street
P.O. Box 431
Beresford, SD 57004

Gaming Laboratories International
Attn: Managing Member
PO Box 783151
Philadelphia, PA 19178-3151

Hecny Transportation Inc.
Attn: Managing Member
19550 S. Dominguez Hills Dr.
Pasadena, CA 90220

Holland & Hart, LLP
Attn: Managing Member
555 17th Street, Ste. 3200
Denver, CO 80202

iGaming Tracker Limited
Attn: Managing Member

Ingenuity Gaming Software Limited
Attn: Managing Member
2nd Flr., St. Mary's Court
20 Hill Street, Douglas
IM1 IEU  Isle of Man

JCM American Corporation
Attn: Managing Member
P.O. Box 511600
Los Angeles, CA 90051-8155

Katz & Katz LLC
and Brian R. Katz 1999 Trust
9237 White Tail Dr.
Las Vegas, NV 89134

Katz & Katz LLC
c/o David Fu, Esq.
David Fu and Associates
444 E. Huntington Dr., Ste. 205
Arcadia, CA 91006

Katz & Katz, LLC
Attn: Brian Katz, Resident Agent
9237 White Tail Dr.
Las Vegas, NV 89134

Klarquist Sparkman, LLP
Attn: Managing Member
121 SW Salmon St., Ste. 1600
Portland, OR 97204

Landstar Ranger
Attn: Mark Hendricks
P.O. Box 784293
Los Angeles, CA

Littler Mendelson
Attn: Managing Member
2001 Ross Avenue, Ste. 1500
Lock Box 116
Dallas, TX 75201

M & H Pallets, LLC.
Attn: Managing Member
4073 Las Vegas Blvd. North
Las Vegas, NV 89115

Mack Pest Control LLC
Attn: Managing Member
10240 Danskin Dr.
Las Vegas, NV 89166

Masuda, Funai, Eifert & Mitchell, Ltd
Attn: Managing Member
203 N. Lasalle Street, Suite 2500
Chicago, IL 60601

Mississippi Gaming Commission
Attn: Managing Member
620 North Street, Ste. 200
Jackson, MS 39202

National Servicing and Administratio
Attn: Seth N. Kahn, Chief Manager
150 S. Fifth Street, Ste. 3300
Minneapolis, MN 55402

NextStep Gaming, LLC
Attn: Bankruptcy Dept/Managing Agent
2293 Feathertree Ave.
Henderson, NV 89052

NortonLifeLock Inc.
Attn: Managing Member
60 E.RIO SALADO PKWY, SUITE 1000
Tempe, AZ 85281

Novalink International LLC
Attn: Managing Member
4040 Pioneer Avenue
Las Vegas, NV 89102

NV Energy
Attn: Managing Member
PO Box 30086
Reno, NV 89520

NVRH LLC
Attn: Managing Member
655 W. Sunset Rd.
Henderson, NV 89011

Occupational Health Centers of SW P
Attn: Managing Member
7401 Church Ranch Blvd.
Broomfield, CO 80021

Parchevalier Trading Services LLC.
Attn: Managing Member
2223 Constitution Dr.
San Jose, CA 95124

PDS Gaming - Nevada, Inc.
Attn:  Peter Cleary, COO
871 Grier Drive, Ste. B1
Las Vegas, NV 89119

PDS Gaming Corporation
Attn: Managing Member
871 Grier Dr., Ste. B1
Las Vegas, NV 89119

Pilot Freight Services
Attn: Managing Member
P.O. Box 654058
Dallas, TX 75265

Players Publishing Limited
Attn: Managing Member
51 Scrutton Street
London  EC2A 4PJ

Powder Coating Plus, Inc.
Attn: Managing Member
5325 S. Valley View Blvd., Ste #107
Las Vegas, NV 89118

Ramsey & Son, Inc
Attn: Managing Member
3292 E. Sunset Rd. Ste 130
Las Vegas, NV 89120

Randstad North America, Inc
Attn: Managing Member
150 Presidential Way, 4th Floor
Woburn, MA 01801

RapidScale, Inc.
Attn: Managing Member
17872 Gillette Ave. 450
Irvine, CA 92614

Ready Cleaning Services
Attn: Managing Member
1023 Benton Avenue
Henderson, NV 89015

Republic Services Inc.
Attn: Managing Member
777 E. Sahara Ave.

Revenu Quebec
Attn: Managing Member

Robert Half International Inc.
Attn: Managing Member
3993 Howard Hughes Pkwy., Ste. 300
Las Vegas, NV 89169

RSM US LLP
Attn: Managing Member
10845 Griffith Peak Dr., Ste. 450
Las Vegas, NV 89135

Ruby Seven Studios, Inc.
Attn: Managing Member
275 Hill Street STE 230
Reno, NV 89501

Sant Made
Attn: Managing Member
PO BOX 1430
Drippings Springs, TX

Santamarina y Steta, S.C.
Attn: Managing Member
CDMX-TORRE OMEGA

Sky High Marketing Inc.
Attn: Managing Member
259 W. Broadway
Waukesha, WI 53186

Slotcycle, LLC
Attn: R. Jeff Jordan, Managing Member
745 Grier Dr.
Las Vegas, NV 89119

Slotcycle, LLC
Attn: R. Jeff Jordan, Resident Agent
4354 Tall Tree St.
Las Vegas, NV 89147

Smartsheet Inc.
Attn: Managing Member
500 108th Ave. NE, #200
Bellevue, WA 98004

Snell & Wilmer LLP
Attn: Managing Member
2501 N. Harwood St., Ste. 1850
Dallas, TX 75201

Stericycle, Inc/Shred-it
Attn: Managing Member
28883 Network Place
Chicago, IL 60673

Sugimura & Partners/Koji
Attn: Managing Member
Primary Common Gate W. Tower
36th Flr Kaskumigaseki 3-2-1
Chiyda-ku, Tokyo 100-0013

Suzo-Happ Gaming Solutions, Inc
Attn: Managing Member
601 Dempster Street
Mount Prospect, IL 60056

Tahoco Logistics, Inc
Attn: Managing Member
6299 Airport Rd
Mississauga ON L4V 1E4
Canada

Talent Wise
Attn: Managing Member
One State Street 24th Floor
New York, NY 10004

Thompson, Ahern & Co., Ltd.
Attn: Managing Member
6299 Airport Rd
Mississauga ON L4V 1E4
Canada

TransAct Technologies Incorporated
Attn: Managing Member
6700 Paradise Rd.
Las Vegas, NV 89119

TransPerfect Global, Inc
Attn: Managing Member
3 Park Avenue 39th Flr.
New York, NY 10016

UHY Consulting, Inc.
Attn: Managing Member
980 Hammond Dr. NE
Atlanta, GA 30328

Uline
Attn: Managing Member
12575 Uline Dr.
Pleasant Prairie, WI 53158

Universal Entertainment Corp.
c/o Evans Fears & Schuttert LLP
Attn: Jay J. Schuttert, Esq.
6720 Via Aust Parkway, Ste. 300
Las Vegas, NV 89119

Universal Entertainment Corp.
c/o Fujimoto, Jun
Ariake Frontier Building A
3-7-26 Ariake, Koto-ku, Tokyo 135-0063

US Bank Equipment Finance
Attn: Managing Member
1310 Madrid St. STE 101
Marshall, MN 56258

Veritext LLC
Attn: Managing Member
260 W. Mt. Pleasant Ave.
Livingston, NJ 07039

Yoohey S.A.C.
Attn: Managing Member
Calle Alcanfores 427, dep.301B
Lima, Peru

Yumiko Nakagawa
Attn: Managing Member
2333 Kapiolani Blvd #2612
Honolulu, HI 96826

Beltway Business Park Warehouse No. 9
c/o Majestic Beltway Whse Buildings II
Attn: Edward P. Rosky, Jr., Manag
13191 Crossroads Pkwy North, 6th Fl
City of Industry, CA 91746

Beltway Business Park Warehouse No. 9
c/o Thomas & Mack Beltway LLC
Attn: Peter Thomas, Manager
2300 W. Sahara Ave., Ste. 530
Las Vegas, NV 89102

Beltway Business Park Warehouse No. 9
c/o Majestic Realty Co.
4050 W. Sunset Rd., Ste. H
Las Vegas, NV 89119

Beltway Business Park Warehouse No. 9
c/o Majestic Realty Co.
Attn: Property Management
13191 Crossroads Parkway North, 6 Fl
City of Industry, CA 91746

Buckely LLP
David S. Krakoff, Esq.
2001 M. Street NW, Ste. 500
Washington, DC 20036

First Savings Bank
c/o Best & Flanagan LLP
Attn: Michael T. Hatting, Esq.
60 S. Sixth Street, Ste. 2700
Minneapolis, MN 55402

Northland Networks, Inc.
Attn: Seth N. Kahn, Managing Direc
150 S. Fifth Street, Ste. 3300
Minneapolis, MN 55402

Northland Trust Services, Inc.
Attn: Seth N. Kahn, Managing Director
150 South 5th Street, Ste. 3300
Minneapolis, MN 55402

Stinson LLP
Attn: Michael T. Hatting, Esq.
50 S. Sixth Street, Ste. 2600
Minneapolis, MN 55402

Williams & Connolly LLP
Attn: Bruce R. Genderson, Esq.
680 Maine Ave. SW
Washington, DC 20024