

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
February 01, 2023

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>ARUZE GAMING AMERICA, INC.,<br><br>    Debtor. | Case No.: 23-10356-abl<br><br>Chapter 11<br><br>Hearing Date: March 15, 2023<br>Hearing Time: 1:30 p.m. |

### ORDER SCHEDULING STATUS CONFERENCE

**IT IS ORDERED** that a status conference is scheduled for **March 15, 2023 at 1:30 p.m.**, pursuant to 11 U.S.C. § 105(d), in the Foley Federal Building and United States Courthouse, 300 Las Vegas Boulevard South, Third Floor, Courtroom #1, Las Vegas, Nevada, 89101 ("Status Conference"). Absent further order of the court, the parties must participate and appear telephonically in the status conference by dialing in to the Zoom Teleconference Call-in Number. Instructions for appearing via telephone are available on the court's website at https://www.nvb.uscourts.gov/calendars/remote-court-hearing-participation/.

**IT IS FURTHER ORDERED** that **on or before 5:00 p.m. prevailing Pacific Time on Friday, March 10, 2023**, Debtor **shall file** a status report on efforts to develop a plan of reorganization, including as estimate of when a plan will be filed, and any reason why the filing of a plan may be delayed. The status report **shall include** a proposed budget. The status report, including the budget, is limited to five pages.

The Court may make any other orders as are appropriate and authorized under 11 U.S.C. § 105(d)(2) at the Status Conference.

1
2   Copies sent to all parties via CM/ECF Electronic Filing.
3                                   # # #
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28