| | |
|---|---|
| Terri H. Didion (State Bar No. CA 133491)<br>Assistant United States Trustee<br>Edward M. McDonald Jr., Trial Attorney<br>State Bar No. NY 4126009<br>United States Department of Justice<br>Office of the United States Trustee<br>300 Las Vegas Boulevard, So., Suite 4300<br>Las Vegas, Nevada 89101<br>Work: (702) 388-6602<br>Cell: (202) 603-5222<br>Facsimile No: (702) 388-6658<br>Email: edward.m.mcdonald@usdoj.gov<br><br>Attorneys for TRACY HOPE DAVIS<br>United States Trustee for Region 17 | E-Filed: February 2, 2023 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**ARUZE GAMING AMERICA, INC.,**<br><br>                                  Debtor. | Case No: BK-S-23-10356-ABL<br><br>Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices:

  Office of the United States Trustee
  Attn: Edward M. McDonald Jr.
  300 Las Vegas Blvd. South, Suite 4300
  Las Vegas, Nevada 89101
  Email: edward.m.mcdonald@usdoj.gov

Dated: February 2, 2023         Respectfully Submitted,

                                TRACY HOPE DAVIS
                                UNITED STATES TRUSTEE

                                By:   /s/ *Edward M. McDonald Jr.*
                                      Edward M. McDonald Jr.,
                                      Trial Attorney

1