United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 23-10356-abl |
| ARUZE GAMING AMERICA, INC. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 01, 2023 | Form ID: 309F1 | Total Noticed: 91 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ARUZE GAMING AMERICA, INC., 6900 S. DECATUR BLVD., STE. 100, LAS VEGAS, NV 89118-4323 |
| 11873195 | + | AML AUTO & TRUCK SVC LLC, ATTN: MANAGING MEMBER, 4445 W RENO AVENUE, LAS VEGAS, NV 89118-1527 |
| 11873196 | + | AON RISK INSURANCE SERVICES WEST, INC., ATTN: MANAGING MEMBER, P.O. BOX 849832, LOS ANGELES, CA 90084-9832 |
| 11873198 | + | BARTLIT BECK LLP, C/O KEMP JONES LLP, ATTN: J. RANDALL JONES, ESQ., 3800 HOWARD HUGHES PARKWAY, 17TH FLR., LAS VEGAS, NV 89169-0910 |
| 11873199 | + | BELTWAY BUSINESS PARK WAREHOUSE NO. 9, C/O MAJESTIC BELTWAY WHSE BUILDINGS II, ATTN: RODMAN MARTIN, RESIDENT AGENT, 4050 W. SUNSET RD., STE. H, LAS VEGAS, NV 89118-6801 |
| 11873282 | + | BELTWAY BUSINESS PARK WAREHOUSE NO. 9, C/O MAJESTIC REALTY CO., 4050 W. SUNSET RD., STE. H, LAS VEGAS, NV 89118-6801 |
| 11873283 | + | BELTWAY BUSINESS PARK WAREHOUSE NO. 9, C/O MAJESTIC REALTY CO., ATTN: PROPERTY MANAGEMENT, 13191 CROSSROADS PARKWAY NORTH, 6TH FLR., CITY OF INDUSTRY, CA 91746-3493 |
| 11873280 | + | BELTWAY BUSINESS PARK WAREHOUSE NO. 9, C/O MAJESTIC BELTWAY WHSE BUILDINGS II, ATTN: EDWARD P. ROSKY, JR., MANAGER, 13191 CROSSROADS PKWY NORTH, 6TH FLR, CITY OF INDUSTRY, CA 91746-3421 |
| 11873281 | + | BELTWAY BUSINESS PARK WAREHOUSE NO. 9, C/O THOMAS & MACK BELTWAY LLC, ATTN: PETER THOMAS, MANAGER, 2300 W. SAHARA AVE., STE. 530, LAS VEGAS, NV 89102-4368 |
| 11873200 | + | BELTWAY BUSINESS PARK WAREHOUSE NO.9, LL, C/O MAJESTIC BELTWAY WHSE BUILDINGS II, ATTN: RODMAN MARTIN, RESIDENT AGENT, 4050 W. SUNSET RD., STE. H, LAS VEGAS, NV 89118-6801 |
| 11873201 | + | BKM FUND II REIT, LLC, ATTN: MANAGING MEMBER, 1701 QUAIL STREET, SUITE 100, LOS ANGELES, CA 92660-2796 |
| 11873202 | + | BROWNSTEIN HYATT FARBER SCHRECK, LLP, ATTN: MANAGING MEMBER, ATTN: MAINAGING DIRECTOR, 410 SEVENTEENTH STREET, DENVER, CO 80202-4402 |
| 11873284 | + | BUCKELY LLP, DAVID S. KRAKOFF, ESQ., 2001 M. STREET NW, STE. 500, WASHINGTON, DC 20036-3588 |
| 11873203 | + | CASINO CONNECTION INTERNATIONAL LLC, ATTN: MANAGING MEMBER, 1000 NEVADA WAY, BOULDER CITY, NV 89005-1829 |
| 11873204 | + | CDC GAMING REPORTS INC., ATTN: MANAGING MEMBER, 13825 LAKEWOOD HEIGHTS BLVD, CLEVELAND, OH 44107-6127 |
| 11873205 | + | CINTAS CORPORTION, ATTN: MANAGING MEMBER, P.O. BOX 29059, PHOENIX, AZ 85038-9059 |
| 11873191 | + | CLARK COUNTY ASSESSOR, C/O BANKRUPTCY CLERK, 500 S. GRAND CENTRAL PKWY, BOX 551401, LAS VEGAS, NV 89155-4502 |
| 11873190 | + | CLARK COUNTY TREASURER, C/O BANKRUPTCY CLERK, 500 S. GRAND CENTRAL PKWY, P.O. BOX 551220, LAS VEGAS, NV 89155-1220 |
| 11873206 | + | CONTINENT 8 LLC, ATTN: MANAGING MEMBER, 4900 N. OCEAN BLVD., STE. 319, LAUDERDALE BY THE SEA, FL 33308-2930 |
| 11873207 | + | COOPER LEVENSON ATTORNEYS AT LAW, ATTN: MANAGING MEMBER, 1125 ATLANTIC AVE, ATLANTIC CITY, NJ 08401-4812 |
| 11873208 | + | CORPORATION SERVICE COMPANY, ATTN: MANAGING MEMBER, PO BOX 7410023, CHICAGO, IL 60674-5024 |
| 11873209 | ++++ | CREDIT MANAGEMENT ASSOCIATION, ATTN: MANAGING MEMBER, 111 N ARTSAKH AVE STE 300, GLENDALE CA 91206-4097 address filed with court:, CREDIT MANAGEMENT ASSOCIATION, ATTN: MANAGING MEMBER, 111 NORTH MARYLAND AVE., SUITE 300, GLENDALE, CA 91206 |
| 11873211 | | DHL EXPRESS USA INC., ATTN: MANAGING MEMBER, 16592 COLLECTIONS CENTER DR., PASADENA, IL 60693 |
| 11873212 | | EIP US LLP, ATTN: MANAGING MEMBER, DTC QUADRANT / PENTHOUSE 4, GREENWOOD VILLAGE, CO 80111 |
| 11873213 | | ENTERPRISE RENT-A-CAR, ATTN: MANAGING MEMBER, PO BOX 840173, KANSAS CITY, MO 64184-0173 |
| 11873216 | | FEDEX FREIGHT, ATTN: MANAGING MEMBER, DEPT LA P.O. BOX 21415, PASADENA, CA 91185-1415 |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Feb 01, 2023 | Form ID: 309F1 | Total Noticed: 91 |

| | | |
|---|---|---|
| 11873285 | + | FIRST SAVINGS BANK, C/O BEST & FLANAGAN LLP, ATTN: MICHAEL T. HATTING, ESQ., 60 S. SIXTH STREET, STE. 2700, MINNEAPOLIS, MN 55402-4690 |
| 11873218 | + | FIRST SAVINGS BANK, ATTN: MORGAN LARSON, PRESIDENT/CEO, 201 N. 3RD STREET, P.O. BOX 431, BERESFORD, SD 57004-0431 |
| 11873219 | | GAMING LABORATORIES INTERNATIONAL, ATTN: MANAGING MEMBER, PO BOX 783151, PHILADELPHIA, PA 19178-3151 |
| 11873220 | + | HECNY TRANSPORTATION INC., ATTN: MANAGING MEMBER, 19550 S. DOMINGUEZ HILLS DR., PASADENA, CA 90220-6418 |
| 11873221 | + | HOLLAND & HART, LLP, ATTN: MANAGING MEMBER, 555 17TH STREET, STE. 3200, DENVER, CO 80202-3921 |
| 11873223 | | INGENUITY GAMING SOFTWARE LIMITED, ATTN: MANAGING MEMBER, 2ND FLR., ST. MARY'S COURT, 20 HILL STREET, DOUGLAS, IM1 IEU ISLE OF MAN |
| 11873224 | | JCM AMERICAN CORPORATION, ATTN: MANAGING MEMBER, P.O. BOX 511600, LOS ANGELES, CA 90051-8155 |
| 11873225 | #+ | KATZ & KATZ LLC, AND BRIAN R. KATZ 1999 TRUST, 9237 WHITE TAIL DR., LAS VEGAS, NV 89134-6129 |
| 11873227 | + | KATZ & KATZ, LLC, ATTN: BRIAN KATZ, RESIDENT AGENT, 9237 WHITE TAIL DR., LAS VEGAS, NV 89134-6129 |
| 11873230 | + | LITTLER MENDELSON, ATTN: MANAGING MEMBER, 2001 ROSS AVENUE, STE. 1500, LOCK BOX 116, DALLAS, TX 75201-2931 |
| 11873231 | + | M & H PALLETS, LLC., ATTN: MANAGING MEMBER, 4073 LAS VEGAS BLVD. NORTH, LAS VEGAS, NV 89115-1510 |
| 11873232 | #+ | MACK PEST CONTROL LLC, ATTN: MANAGING MEMBER, 10240 DANSKIN DR., LAS VEGAS, NV 89166-2505 |
| 11873233 | + | MASUDA, FUNAI, EIFERT & MITCHELL, LTD, ATTN: MANAGING MEMBER, 203 N. LASALLE STREET, SUITE 2500, CHICAGO, IL 60601-1262 |
| 11873234 | + | MISSISSIPPI GAMING COMMISSION, ATTN: MANAGING MEMBER, 620 NORTH STREET, STE. 200, JACKSON, MS 39202-3140 |
| 11873235 | + | NATIONAL SERVICING AND ADMINISTRATION, ATTN: SETH N. KAHN, CHIEF MANAGER, 150 S. FIFTH STREET, STE. 3300, MINNEAPOLIS, MN 55402-4205 |
| 11873236 | + | NEXTSTEP GAMING, LLC, ATTN: BANKRUPTCY DEPT/MANAGING AGENT, 2293 FEATHERTREE AVE., HENDERSON, NV 89052-2362 |
| 11873286 | + | NORTHLAND NETWORKS, INC., ATTN: SETH N. KAHN, MANAGING DIRECTOR, 150 S. FIFTH STREET, STE. 3300, MINNEAPOLIS, MN 55402-4205 |
| 11873287 | + | NORTHLAND TRUST SERVICES, INC., ATTN: SETH N. KAHN, MANAGING DIRECTOR, 150 SOUTH 5TH STREET, STE. 3300, MINNEAPOLIS, MN 55402-4205 |
| 11873237 | + | NORTONLIFELOCK INC., ATTN: MANAGING MEMBER, 60 E.RIO SALADO PKWY, SUITE 1000, TEMPE, AZ 85281-9124 |
| 11873238 | + | NOVALINK INTERNATIONAL LLC, ATTN: MANAGING MEMBER, 4040 PIONEER AVENUE, LAS VEGAS, NV 89102-8205 |
| 11873240 | + | NVRH LLC, ATTN: MANAGING MEMBER, 655 W. SUNSET RD., HENDERSON, NV 89011-4111 |
| 11873242 | + | PARCHEVALIER TRADING SERVICES LLC., ATTN: MANAGING MEMBER, 2223 CONSTITUTION DR., SAN JOSE, CA 95124-1204 |
| 11873243 | + | PDS GAMING - NEVADA, INC., ATTN: PETER CLEARY, COO, 871 GRIER DRIVE, STE. B1, LAS VEGAS, NV 89119-3756 |
| 11873244 | + | PDS GAMING CORPORATION, ATTN: MANAGING MEMBER, 871 GRIER DR., STE. B1, LAS VEGAS, NV 89119-3756 |
| 11873245 | + | PILOT FREIGHT SERVICES, ATTN: MANAGING MEMBER, P.O. BOX 654058, DALLAS, TX 75265-4058 |
| 11873247 | + | POWDER COATING PLUS, INC., ATTN: MANAGING MEMBER, 5325 S. VALLEY VIEW BLVD., STE #107, LAS VEGAS, NV 89118-2427 |
| 11873248 | + | RAMSEY & SON, INC, ATTN: MANAGING MEMBER, 3292 E. SUNSET RD. STE 130, LAS VEGAS, NV 89120-0008 |
| 11873249 | + | RANDSTAD NORTH AMERICA, INC, ATTN: MANAGING MEMBER, 150 PRESIDENTIAL WAY, 4TH FLOOR, WOBURN, MA 01801-1150 |
| 11873250 | #+ | RAPIDSCALE, INC., ATTN: MANAGING MEMBER, 17872 GILLETTE AVE. 450, IRVINE, CA 92614-6595 |
| 11873251 | + | READY CLEANING SERVICES, ATTN: MANAGING MEMBER, 1023 BENTON AVENUE, HENDERSON, NV 89015-8598 |
| 11873253 | | REVENU QUEBEC, ATTN: MANAGING MEMBER |
| 11873254 | + | ROBERT HALF INTERNATIONAL INC., ATTN: MANAGING MEMBER, 3993 HOWARD HUGHES PKWY., STE. 300, LAS VEGAS, NV 89169-5938 |
| 11873255 | + | RSM US LLP, ATTN: MANAGING MEMBER, 10845 GRIFFITH PEAK DR., STE. 450, LAS VEGAS, NV 89135-1570 |
| 11873256 | #+ | RUBY SEVEN STUDIOS, INC., ATTN: MANAGING MEMBER, 275 HILL STREET STE 230, RENO, NV 89501-1834 |
| 11873257 | + | SANT MADE, ATTN: MANAGING MEMBER, PO BOX 1430, DRIPPINGS SPRINGS, TX 78620-1430 |
| 11873259 | + | SKY HIGH MARKETING INC., ATTN: MANAGING MEMBER, 259 W. BROADWAY, WAUKESHA, WI 53186-4832 |
| 11873260 | + | SLOTCYCLE, LLC, ATTN: R. JEFF JORDAN, MANAGING MEMBER, 745 GRIER DR., LAS VEGAS, NV 89119-3703 |
| 11873262 | + | SMARTSHEET INC., ATTN: MANAGING MEMBER, 500 108TH AVE. NE, #200, BELLEVUE, WA 98004-5555 |
| 11873263 | + | SNELL & WILMER LLP, ATTN: MANAGING MEMBER, 2501 N. HARWOOD ST., STE. 1850, DALLAS, TX 75201-1607 |
| 11873264 | + | STERICYCLE, INC/SHRED-IT, ATTN: MANAGING MEMBER, 28883 NETWORK PLACE, CHICAGO, IL 60673-1288 |
| 11873288 | + | STINSON LLP, ATTN: MICHAEL T. HATTING, ESQ., 50 S. SIXTH STREET, STE. 2600, MINNEAPOLIS, MN 55402-2241 |
| 11873266 | + | SUZO-HAPP GAMING SOLUTIONS, INC, ATTN: MANAGING MEMBER, 601 DEMPSTER STREET, MOUNT PROSPECT, IL 60056-4585 |
| 11873267 | | TAHOCO LOGISTICS, INC, ATTN: MANAGING MEMBER, 6299 AIRPORT RD, MISSISSAUGA ON L4V 1E4, CANADA |
| 11873268 | + | TALENT WISE, ATTN: MANAGING MEMBER, ONE STATE STREET 24TH FLOOR, NEW YORK, NY 10004-1561 |
| 11873269 | | THOMPSON, AHERN & CO., LTD., ATTN: MANAGING MEMBER, 6299 AIRPORT RD, MISSISSAUGA ON L4V 1E4, CANADA |
| 11873270 | + | TRANSACT TECHNOLOGIES INCORPORATED, ATTN: MANAGING MEMBER, 6700 PARADISE RD., LAS VEGAS, NV 89119-3710 |
| 11873272 | + | UHY CONSULTING, INC., ATTN: MANAGING MEMBER, 980 HAMMOND DR. NE, ATLANTA, GA 30328-6161 |
| 11873274 | + | UNIVERSAL ENTERTAINMENT CORP., C/O EVANS FEARS & SCHUTTERT LLP, ATTN: JAY J. SCHUTTERT, ESQ., 6720 VIA AUST PARKWAY, STE. 300, LAS VEGAS, NV 89119-3569 |

Case 23-10356-abl    Doc 8    Entered 02/03/23 21:45:27    Page 3 of 6

| District/off: 0978-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 01, 2023 | Form ID: 309F1 | Total Noticed: 91 |

| Recip ID | | Name and Address |
|---|---|---|
| 11873276 | + | US BANK EQUIPMENT FINANCE, ATTN: MANAGING MEMBER, 1310 MADRID ST. STE 101, MARSHALL, MN 56258-4002 |
| 11873277 | | VERITEXT LLC, ATTN: MANAGING MEMBER, 260 W. MT. PLEASANT AVE., LIVINGSTON, NJ 07039 |
| 11873289 | + | WILLIAMS & CONNOLLY LLP, ATTN: BRUCE R. GENDERSON, ESQ., 680 MAINE AVE. SW, WASHINGTON, DC 20024-3556 |
| 11873278 | | YOOHEY S.A.C., ATTN: MANAGING MEMBER, CALLE ALCANFORES 427, DEP.301B, LIMA, PERU |
| 11873279 | + | YUMIKO NAKAGAWA, ATTN: MANAGING MEMBER, 2333 KAPIOLANI BLVD #2612, HONOLULU, HI 96826-4462 |

TOTAL: 79

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mzirzow@lzlawnv.com | Feb 02 2023 00:55:00 | MATTHEW C. ZIRZOW, LARSON & ZIRZOW, LLC, 850 E. BONNEVILLE AVE., LAS VEGAS, NV 89101 |
| tr | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Feb 02 2023 00:55:00 | CHAPTER 11 - LV, 300 LAS VEGAS BLVD., SO. #4300, LAS VEGAS, NV 89101-5803 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Feb 02 2023 00:55:00 | U.S. TRUSTEE - LV - 11, 300 LAS VEGAS BOULEVARD S., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 11873192 | ^ | MEBN | Feb 02 2023 00:53:07 | DEPT. OF EMPL, TRAINING & REHAB, EMPLOYMENT SECURITY DIVISION, 500 EAST THIRD STREET, CARSON CITY, NV 89713-0002 |
| 11873210 | + | Email/Text: Bankruptcy-Notices@derse.com | Feb 02 2023 00:55:00 | DERSE, INC., ATTN: MANAGING MEMBER, 3800 WEST CANAL STREET, MILWAUKEE, WI 53208-4150 |
| 11873189 | + | EDI: IRS.COM | Feb 02 2023 05:59:00 | INTERNAL REVENUE SERVICE, ATTN: BANKRUPTCY DEPT/MANAGING AGENT, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 11873228 | + | Email/Text: accounting@klarquist.com | Feb 02 2023 00:55:00 | KLARQUIST SPARKMAN, LLP, ATTN: MANAGING MEMBER, 121 SW SALMON ST., STE. 1600, PORTLAND, OR 97204-2988 |
| 11873193 | + | Email/Text: tax-bankruptcy@tax.state.nv.us | Feb 02 2023 00:56:00 | NEVADA DEPT. OF TAXATION, BANKRUPTCY SECTION, 555 E. WASHINGTON AVENUE #1300, LAS VEGAS, NV 89101-1046 |
| 11873239 | + | Email/Text: _DLBankruptcyDept@nvenergy.com | Feb 02 2023 00:56:00 | NV ENERGY, ATTN: MANAGING MEMBER, PO BOX 30086, RENO, NV 89520-3086 |
| 11873241 | + | Email/Text: lisa_sanders@concentra.com | Feb 02 2023 00:56:00 | OCCUPATIONAL HEALTH CENTERS OF SW PA, ATTN: MANAGING MEMBER, 7401 CHURCH RANCH BLVD., BROOMFIELD, CO 80021-5539 |
| 11873194 | | Email/Text: ssa.bankruptcy@ssa.gov | Feb 02 2023 00:55:00 | SOCIAL SECURITY ADMINISTRATION, OFFICE OF THE REGIONAL CHIEF COUNSEL, REGION IX, 160 SPEAR STREET, STE. 800, SAN FRANCISCO, CA 94105-1545 |
| 11873273 | + | Email/Text: accounts.receivable@uline.com | Feb 02 2023 00:56:00 | ULINE, ATTN: MANAGING MEMBER, 12575 ULINE DR., PLEASANT PRAIRIE, WI 53158-3686 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11873197 | | AYANO HARA NISHIMURA, ATTN: MANAGING MEMBER, 98-351 KOAUKA LOOP, C-603 |
| 11873214 | | EPIQ SYSTEMS GODO KAISHA, ATTN: MANAGING MEMBER, 11-5 NIBANCHO, 5TH FLOOR, TOKYO |
| 11873215 | | FEDEX EXPRESS CORPORATION, P.O. BOX 7221 |

| District/off: 0978-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 01, 2023 | Form ID: 309F1 | Total Noticed: 91 |

| | | |
|---|---|---|
| 11873217 | | FINCORE LIMITED, ATTN: MANAGING MEMBER, 47 MARK LANE, LONDON EC3R 7QQ |
| 11873222 | | IGAMING TRACKER LIMITED, ATTN: MANAGING MEMBER |
| 11873229 | | LANDSTAR RANGER, ATTN: MARK HENDRICKS, P.O. BOX 784293, LOS ANGELES, CA |
| 11873246 | | PLAYERS PUBLISHING LIMITED, ATTN: MANAGING MEMBER, 51 SCRUTTON STREET, LONDON EC2A 4PJ |
| 11873252 | | REPUBLIC SERVICES INC., ATTN: MANAGING MEMBER, 777 E. SAHARA AVE. |
| 11873258 | | SANTAMARINA Y STETA, S.C., ATTN: MANAGING MEMBER, CDMX-TORRE OMEGA |
| 11873265 | | SUGIMURA & PARTNERS/KOJI, ATTN: MANAGING MEMBER, PRIMARY COMMON GATE W. TOWER, 36TH FLR KASKUMIGASEKI 3-2-1, CHIYDA-KU, TOKYO 100-0013 |
| 11873275 | | UNIVERSAL ENTERTAINMENT CORP., C/O FUJIMOTO, JUN, ARIAKE FRONTIER BUILDING A, 3-7-26 ARIAKE, KOTO-KU, TOKYO 135-0063 |
| 11873226 | ##+ | KATZ & KATZ LLC, C/O DAVID FU, ESQ., DAVID FU AND ASSOCIATES, 444 E. HUNTINGTON DR., STE. 205, ARCADIA, CA 91006-3768 |
| 11873261 | ##+ | SLOTCYCLE, LLC, ATTN: R. JEFF JORDAN, RESIDENT AGENT, 4354 TALL TREE ST., LAS VEGAS, NV 89147-7842 |
| 11873271 | ##+ | TRANSPERFECT GLOBAL, INC, ATTN: MANAGING MEMBER, 3 PARK AVENUE 39TH FLR., NEW YORK, NY 10016-5918 |

TOTAL: 11 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2023          Signature:          /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor **ARUZE GAMING AMERICA, INC.**<br>Name | EIN: 88–0199397 | |
| United States Bankruptcy Court   District of Nevada | Date case filed for chapter: | 11   2/1/23 |
| Case number: 23–10356–abl | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | ARUZE GAMING AMERICA, INC. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6900 S. DECATUR BLVD., STE. 100<br>LAS VEGAS, NV 89118 | |
| 4. | **Debtor's attorney**<br>Name and address | MATTHEW C. ZIRZOW<br>LARSON & ZIRZOW, LLC<br>850 E. BONNEVILLE AVE.<br>LAS VEGAS, NV 89101 | Contact phone: (702) 382–1170<br><br>Email: mzirzow@lzlawnv.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM<br><br>Contact phone: (702) 527–7000<br><br>Date: 2/1/23 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **March 9, 2023 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Call–in Number: 877–920–8646,<br>Passcode: 7968994** |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:**  **6/7/23**  For a governmental unit: **7/31/23** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br>• you file a proof of claim in a different amount; or <br>• you receive another notice. <br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. <br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline** <br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br>**Deadline for filing the complaint:**   None | |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |