GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Phone: (725) 777-3000
Fax:    (725) 777-3112
*Attorneys for Bartlit Beck LLP*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ARUZE GAMING AMERICA, INC.,<br><br>Debtor. | Case No. BK-23-10356-ABL<br>Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

GREGORY E. GARMAN, ESQ., and TALITHA GRAY KOZLOWSKI, ESQ., of the law firm of GARMAN TURNER GORDON LLP, attorneys Bartlit Beck LLP. hereby enters their appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and pursuant to Bankruptcy Rule 2002 and 3017(a), hereby requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all pleadings, papers, and all related materials that are issued or filed in connection with the above-captioned case by the Court, the Debtor, or other parties in interest. All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002, all notices required to be mailed pursuant to Bankruptcy Rule 2002, should be directed to:

. . .

. . .

. . .

GREGORY E. GARMAN, ESQ.
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Email: tgray@gtg.legal
GARMAN TURNER GORDON LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

Further, the undersigned requests that this address be added to the Master Mailing Matrix in this matter, and as attorney of record, that notice of all proceedings be served to this address.

DATED this 7th day of February, 2023.

GARMAN TURNER GORDON LLP

By /s/ Gregory E. Garman
GREGORY E. GARMAN, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Bartlit Beck LLP*