Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
February 22, 2023

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Proposed Attorneys for Debtor

**LARSON & ZIRZOW, LLC**
**850 E. Bonneville Ave.**
**Las Vegas, Nevada 89101**
**Tel: (702) 382-1170 Fax: (702) 382-1169**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ARUZE GAMING AMERICA, INC.,<br><br>Debtor. | Case No.: 23-10356-abl<br>Chapter 11<br><br>Old Date and Time:<br>February 22, 2023 at 1:30 p.m.<br><br>New Date and Time:<br>February 28, 2023 at 2:30 p.m. |

**ORDER APPROVING STIPULATION TO CONTINUE FINAL HEARING ON DEBTOR'S FIRST DAY MOTIONS**

The Court having reviewed and considered the *Stipulation to Continue Final Hearing on Debtor's First Day Motions* (the "Stipulation") by and among Aruze Gaming America, Inc., a Nevada corporation, as debtor and debtor in possession (the "Debtor"), and all of the undersigned creditors and/or parties in interest in this case in the Stipulation (collectively, the "Parties"), and good cause appearing therefor;

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is APPROVED.[1]

2. The Final Hearing on the Debtor's Initial Motions currently set for February 22, 2023 at 1:30 p.m. shall be and hereby is continued to February 28, 2023 at 2:30 p.m.

3. Nothing herein is intended or should be construed to waive any of the rights, remedies and relief granted in the Interim Orders, and all Parties reserve all rights with respect to the Final Hearing on the Initial Motions.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

By: /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
Email: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
Email: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Proposed Attorneys for Debtor

APPROVED:

By: /s/ Phillip J. Ashfield
STINSON LLP
Phillip J. Ashfield, Esq., MN Bar No. 0388990
Drew J. Glasnovich, Esq., MN Bar No. 0398366
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335-1407
Email: phillip.ashfield@stinson.com
drew.glasnovich@stinson.com

-and-

James Patrick Shea, Esq. Nevada Bar No. 405
Bart K. Larsen, Esq. Nevada Bar No. 8538
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Tel: (702) 471-7432
Email: jshea@shea.law
blarsen@shea.law
Attorneys for Creditors National Servicing & Administration, LLC and First Savings Bank

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meanings as in the Stipulation.

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170 Fax: (702) 382-1169

APPROVED:

By: /s/ Ryan Works
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com
Attorneys for PDS Gaming, LLC, PDS Gaming-Nevada, Inc., PDS Gaming-Mississippi, LLC, and PDS Gaming-LA, LLC

APPROVED:

By: /s/ Edward M. McDonald Jr.
Terri H. Didion (State Bar No. CA 133491)
Assistant United States Trustee
Edward M. McDonald Jr., Trial Attorney
State Bar No. NY 4126009
United States Department of Justice
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Email: edward.m.mcdonald@usdoj.gov
Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

APPROVED:

By: /s/ Jeanette E. McPherson
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Tel: (702) 262-6899
Email: baxelrod@foxrothschild.com
jmcpherson@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com
Counsel for NextStep Gaming, LLC, NextStep Capital, LLC, and RSPENN, LLC

APPROVED:

By: /s/ Gregory E. Garman
GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Attorneys for Bartlit Beck LLP

APPROVED:

By: /s/ Robert Charles
Robert M. Charles, Jr., Bar No. 6593
RCharles@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Attorneys for Gaming Laboratories International, LLC