LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

ARUZE GAMING AMERICA, INC.,

Debtor.

Case No. 23-10356-abl
Chapter 11

**DEBTOR'S NOTICE OF AUCTION RESULTS**

Aruze Gaming America, Inc., a Nevada corporation, as debtor and debtor in possession (the "Debtor"), hereby gives notices of the results of its auction sale of substantially all of its assets held on June 15, 2023, and pursuant to the *Order Approving and Authorizing (A) Bidding Procedures in Connection with the Purchase of the Assets of the Debtor, (B) Form and Manner of Notice of the Sale Hearing, and (C) Related Relief* [ECF No. 277], as amended by the *Order Approving Stipulation to Continue Sale Hearing and Related Deadlines* [ECF No. 328] (collectively, the "Bid Procedures Order"). At the auction, the Debtor did not receive a bid for the purchase and sale of substantially all of its assets as a going concern, and thus entertained bids for certain subsets of its assets. After consultation with the Consultation Parties (as defined in the Bid Procedures Order), the Debtor determined that the highest and best offers received for its assets were as follows:

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

| Bidder | Bid | Assets |
|---|---|---|
| Empire Technological Group, Inc. | $7,000,000 | • Certain electronic gaming and slot machines, together with associated intellectual property and branding<br><br>• I-Gaming assets |
| Interblock USA L.C. | $14,000,000 | • Debtor's membership interest in NextStep Gaming, LLC[1]<br><br>• All assets related to the Debtor's "Roll to Win Craps" assets, including electronic table games on route and certain collateral interests of First Savings Bank and National Servicing and Administration, LLC (the "Secured Lenders"), together with associated intellectual property rights |
| First Savings Bank and National Servicing and Administration, LLC | $6,000,000 (credit bid) | • Approximately 940 electronic gaming and slot machines[2] on route and certain collateral rights of the Secured Lenders, together with associated intellectual property rights |

The foregoing sales will be memorialized in written asset purchase agreements to be filed with the Court in short order. The Debtor anticipates requesting a brief continuance of the sale hearing currently scheduled for June 20, 2023 at 1:30 p.m., to allow time for these agreements and revised notices of potential assumption and assignment to be finalized, filed with the Court and served. A further notice will follow regarding the rescheduled hearings on approvals of the

---

[1] Subject to Court approval, the Debtor will enter into a settlement agreement with NextStep Capital, LLC ("NSC") pursuant to which, among other things, the Debtor will acquire NSC's 65% membership interest in NextStep Gaming, LLC ("NSG"), and sell to Interblock USA, L.C. 100% of NSG in connection with the proposed sale of assets described in this notice, which sale also shall be subject to Court approval.

[2] The total number of machines being acquired is subject to verification and further documentation as set forth in this notice.

foregoing sales.

The Debtor retains all other assets for potential collection or further sale, including

without limitation, all accounts receivable.

Dated:  June 16, 2023

By:   /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3