Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Gabrielle A. Hamm, Esq.
Nevada Bar No. 11588
ghamm@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Amanda Demby Swift, as Liquidating Trustee of the Aruze Gaming America Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>ARUZE GAMING AMERICA, INC.,<br><br>Debtor(s). | Case No. 23-10356-ABL<br>Chapter 11 |

**NOTICE OF ENTRY OF ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER CLOSING THE CHAPTER 11 CASE AND ENTERING A FINAL DECREE**

PLEASE TAKE NOTICE that an *Order Granting Liquidating Trustee's Motion for Entry of an Order Closing the Chapter 11 Case and Entering a Final Decree* [ECF No. 1220], has been entered in the above-captioned case on September 21, 2026, attached hereto as **Exhibit "1"**.

Dated September 21, 2026.

Respectfully Submitted,

/s/ *Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
*Attorneys for Amanda Demby Swift, as*
*Liquidating Trustee of the Aruze Gaming America Liquidating Trust*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system on September 21, 2026, to the following:

BRETT A. AXELROD on behalf of Creditors Empire Technological Group, Ltd., NEXTSTEP CAPITAL, LLC, NEXTSTEP GAMING, LLC, and RSPENN, LLC
baxelrod@foxrothschild.com,
pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Defendant EMPIRE TECHNOLOGICAL GROUP LTD.
baxelrod@foxrothschild.com,
pchlum@foxrothschild.com;ahosey@foxrothschild.com;nv.dkt@foxrothschild.com

DAVID B. BARNEY on behalf of Defendants BTX GLOBAL LOGISTICS and ROYAL CARGO, INC.
dbarney@sklar-law.com, juriostegui@sklar-law.com;abrandon@sklar-law.com

OGONNA M. BROWN on behalf of Creditor Gaming Laboratories International, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of Designated Person YUGO KINOSHITA
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com;jang@carlyoncica.com

CANDACE C CARLYON on behalf of Interested Parties HIDETO SASAKI, AS TRUSTEE FOR ARUZE GAMING TECHNOLOGIES CO., LTD. and HIDETO SASAKI
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com;jang@carlyoncica.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

ROBERT M. CHARLES, JR. on behalf of Creditor Gaming Laboratories International, LLC
rcharles@lewisroca.com, BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com

DAVID ERNESTO CHAVEZ on behalf of Creditor Beltway Business Park Warehouse No. 9, LLC
chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com

F. THOMAS EDWARDS on behalf of Defendants NEXTSTEP CAPITAL, LLC and NEXTSTEP GAMING, LLC
tedwards@spencerfane.com, ssell@nevadafirm.com;oswibies@nevadafirm.com;tom-edwards-3302@ecf.pacerpro.com;dhigh@nevadafirm.com;nmoseley@nevadafirm.com;BKECF@nevadafirm.com

JOHNATHON FAYEGHI on behalf of Defendants BTX GLOBAL LOGISTICS and ROYAL CARGO, INC.
jfayeghi@sklar-law.com, dbarney@sklar-law.com;juriostegui@sklar-law.com

SCOTT D. FINK on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC.
bronationalecf@weltman.com

FORD MOTOR CREDIT COMPANY, LLC
jeff@jsloanelaw.com;kristi@jsloanelaw.com

GREGORY E GARMAN on behalf of Creditor BARTLIT BECK LLP
ggarman@gtg.legal, bknotices@gtg.legal

BLAKELEY E. GRIFFITH on behalf of Defendant INGENUITY GAMING SOFTWARE LIMITED
bgriffith@swlaw.com,
docket_las@swlaw.com;sdugan@swlaw.com;mfull@swlaw.com;jfung@swlaw.com

STEVEN T GUBNER on behalf of Defendant KAZUO OKADA, AN INDIVIDUAL
sgubner@bg.law, ecf@bg.law

MARJORIE A. GUYMON on behalf of Creditor Klarquist Sparkman, LLP
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

MARJORIE A. GUYMON on behalf of Debtor ARUZE GAMING AMERICA, INC.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguylaw.com

RICHARD F. HOLLEY on behalf of Defendants DELTA GAMING SOLUTIONS, LLC, AN OKLAHOMA LIMITED LIABILITY COMPANY, MEXSA OPERATING COMPANY LTD., A FOREIGN CORPORATION, and TERRENCE USENDORFF, AN INDIVIDUAL
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

JASON A. IMES on behalf of Creditor ROLANDO PALMERO
jimes@FICLegal.com, jimes@ficlegal.com

ORI KATZ on behalf of Creditor Committee Official Committee of Unsecured Creditors
okatz@sheppardmullin.com, lsegura@sheppardmullin.com

JEANNIE KIM on behalf of Creditor Committee Official Committee of Unsecured Creditors
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

BART K. LARSEN on behalf of Creditors First Savings Bank and National Servicing & Administration, LLC
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

ANNE M. LORADITCH on behalf of Creditor Universal Entertainment Corporation
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Creditors Beltway Business Park Warehouse No. 9, LLC, NEXTSTEP CAPITAL, LLC, NEXTSTEP GAMING, LLC, and RSPENN, LLC
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

KELL C. MERCER on behalf of Defendant DELTA GAMING SOLUTIONS, LLC, AN OKLAHOMA LIMITED LIABILITY COMPANY
kell.mercer@mercer-law-pc.com

AMANDA M PERACH on behalf of Creditor PDS GAMING NEVADA, INC.
aperach@mcdonaldcarano.com, kkirn@mcdonaldcarano.com

ADAM J. PERNSTEINER on behalf of Defendants NEXTSTEP CAPITAL, LLC and NEXTSTEP GAMING, LLC
apernsteiner@nvlawfirm.com, ssell@nevadafirm.com,BKECF@nevadafirm.com

R. CHRISTOPHER READE on behalf of Interested Party THE BRIAN R. KATZ 1999 TRUST
Creade@crdslaw.com,
cweber@crdslaw.com;jshafer@crdslaw.com;mrodriguez@crdslaw.com;adavid@crdslaw.com;kkeyes@crdslaw.com

NATASHA SHARMA on behalf of Designated Person YUGO KINOSHITA
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Interested Party HIDETO SASAKI, AS TRUSTEE FOR ARUZE GAMING TECHNOLOGIES CO., LTD.
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

JAMES PATRICK SHEA on behalf of Creditors First Savings Bank and National Servicing & Administration, LLC
jshea@shea.law, blarsen@shea.law;support@shea.law

JEFFREY G SLOANE on behalf of Creditors Agave Equipment Leasing, LLC, FORD MOTOR CREDIT COMPANY, LLC, SlotCycle, Inc., and TOYOTA INDUSTRIES COMMERCIAL FINANCE INC.
jeff@jsloanelaw.com, Kristi@jsloanelaw.com

ELIZABETH E. STEPHENS on behalf of Interested Parties Katz & Katz, LLC and THE BRIAN R. KATZ 1999 TRUST
estephens@fennemorelaw.com, jhill@fennemorelaw.com;ejames@fennemorelaw.com;lgubba-reiner@fennemorelaw.com;ldinkins@fennemorelaw.com;jdabbieri@fennemorelaw.com;stephens@ecf.courtdrive.com;chawkins@fennemorelaw.com;bkstaff@sullivanhill.com

KEVIN M. SUTEHALL on behalf of Defendant EMPIRE TECHNOLOGICAL GROUP LTD.
ksutehall@foxrothschild.com, dloffredo@foxrothschild.com

Jeffrey R. Sylvester on behalf of Creditor Empire Technological Group, Ltd.
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARTIN L. WELSH on behalf of Creditor Landstar Ranger, Inc.
mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com;nv.ecf@aislegaltrac.com

GREGORY L. WILDE on behalf of Creditor JCM AMERICAN CORPORATION
greg@wildelawyers.com

MICHAEL B WIXOM on behalf of Creditor Wells Fargo Bank
mbw@slwlaw.com, mwarner@slwlaw.com

RYAN J. WORKS on behalf of Creditors PDS GAMING NEVADA, INC., PDS GAMING, LLC, PDS GAMING-LA, LLC, PDS GAMING-LOUISIANA, LLC, PDS GAMING-MISSISSIPPI, LLC, PDS GAMING-NEVADA, LLC, and PDS SPECIAL PURPOSE I, LLC
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Debtor ARUZE GAMING AMERICA, INC.
mzirzow@lzlawnv.com,
hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Financial Advisor B. RILEY ADVISORY
mzirzow@lzlawnv.com,
hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

/s/ *Susan Roman*
Susan Roman, an employee of
SCHWARTZ LAW, PLLC

# Exhibit 1

Case 23-10356-abl Doc 1220 Entered 09/21/26 08:10:52 Page 1 of 4

Honorable August B. Landis
United States Bankruptcy Judge

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Gabrielle A. Hamm, Esq.
Nevada Bar No. 11588
ghamm@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Amanda Demby Swift, as Liquidating Trustee of the Aruze Gaming America Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ARUZE GAMING AMERICA, INC.,<br><br>Debtor. | Case No.: 23-10356-ABL<br><br>Chapter 11<br><br>Hearing Date: September 9, 2026<br>Hearing Time: 1:30 PM PDT |

**ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER CLOSING THE CHAPTER 11 CASE AND ENTERING A FINAL DECREE**

Amanda Demby Swift, solely in her capacity as the Liquidating Trustee (the "**Liquidating Trustee**") of the Aruze Gaming America Liquidating Trust (the "**Liquidating Trust**"), filed *Liquidating Trustee's Motion for Entry of an Order Closing the Chapter 11 Case and Entering a Final Decree* [ECF No. 1214] (the "**Motion**")[1] on August 5, 2026, in the above-referenced Chapter

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

11 case (the "**Chapter 11 Case**") of Aruze Gaming America, Inc. ("**Aruze**" or the "**Debtor**"). The Motion came on for hearing on September 9, 2026, at 1:30 PM PDT (the "**Hearing**"). All appearances are reflected in the Court's record of the Hearing.

The Court reviewed and considered the Motion, the declaration of the Liquidating Trustee in support of the Motion, the evidence presented, the arguments of counsel at the Hearing on the Motion, and other pleadings and papers in the record of the Chapter 11 Case, of which the Court takes judicial notice under Evidence Rules 201 and 1101. No party in interest filed a response to the Motion. Having concluded that the Court has subject matter jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and Local Rule 1001(b)(1); adjudication of the Motion is a core proceeding under 28 U.S.C. § 157(b)(2)(A); venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409(a); due and sufficient notice of the Motion and Hearing thereon was given to all parties in interest and no other or further notice need be given; and after due deliberation thereon, and good and sufficient cause appearing therefor, and the Court having stated its findings of fact and conclusions of law on the record at the Hearing on the Motion pursuant to Civil Rule 52, as made applicable pursuant to Bankruptcy Rules 7052 and 9014, which findings of fact and conclusions of law are incorporated by this reference,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Motion is GRANTED.

2. A Final Decree for the Chapter 11 Case shall be entered forthwith.

3. Nothing in this Order shall be construed as a limit on the rights of the U.S. Trustee to enforce collection of any unpaid fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**IT IS SO ORDERED.**

Prepared and submitted by:

SCHWARTZ, PLLC

/s/ *Gabrielle A. Hamm*
Samuel A. Schwartz, Esq.
Gabrielle A. Hamm, Esq.
601 East Bridger Avenue
Las Vegas, Nevada 89101

*Attorneys for the Liquidating Trustee*

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel and any unrepresented parties who appeared at the hearing, except those as to whom review was waived on the record at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

###